# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Sat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 655 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Timothy J. King | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Timothy J. King. *[signature: Geraldine Sat Brown]*

Docketing to mail notices.

2008 AUG 18 PM 5:01
U.S. DISTRICT COURT

Courtroom Deputy Initials: N.F.