Order Form (01/2005)     Case 1:08-cr-00655   Document 3   Filed 08/19/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 655 | DATE | 8/19/2008 |
| CASE TITLE | USA vs. Timothy J. King | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Timothy J. King appears in response to arrest on 08/19/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Marilyn A. Miller from the Federal Defender Panel is appointed as counsel for defendant. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

U.S. DISTRICT COURT

2008 AUG 19 PM 4:34

FILED

08CR655 USA vs. Timothy J. King                                                                                                  Page 1 of 1