

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  08 CR 655 |
| | ) | Judge Milton I. Shadur |
| | ) | |
| TIMOTHY J. KING | ) | |

## **PROTECTIVE ORDER**

This Court hereby orders that the distribution of information produced by the government in this matter be limited to defense counsel and employees of defense counsel's firm directly involved in this matter. The Court prohibits defense counsel and employees of defense counsel's firm from: (1) allowing the defendant to maintain possession of any materials produced by the government in this case; and (2) making additional copies of any materials produced by the government in this case except for those copies specifically necessary for and used in connection with these court proceedings. The Court also prohibits defense counsel, the defendant, and members of defense counsel's firm directly involved in this matter from orally describing or giving copies of any information produced by the government in this case to any individual beyond this limited group. This prohibition extends to, among others, the defendant's family and friends.

In addition, the Court limits the review of information produced by the government in this matter as follows: Defendant will be permitted to view information produced by the government in this matter at the offices of his counsel, Marilyn Miller, in Oakbrook Terrace, Illinois or (2) the Federal Defender's Office in Chicago, Illinois. Also, in all future public filings relating to these

proceedings, the identity of the victims will be referred to as Individual A and Individual B. Any representative of defense counsel will be informed of this Order and will abide by its conditions.

SO ORDERED:

_____
MILTON I. SHADUR, Judge
United States District Court

DATED: _Nov. 4, 2008_